1

2

3

4                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
5                                       AT SEATTLE

6   JOSHAU ALLAN JACKSON,

7                          Plaintiff,              Case No. C14-1849-RSM

8          v.

9   RYAN QUIRK, *et al*.,                          ORDER DISMISSING ACTION
                                                   WITHOUT PREJUDICE
10                         Defendants.

11

12         The Court, having reviewed plaintiff's complaint, plaintiff's motion to dismiss,

13  defendants' response thereto, the Report and Recommendation of the Honorable Mary Alice

14  Theiler, United States Magistrate Judge, and the remaining record, does hereby ORDER:

15         (1)    The Court adopts the Report and Recommendation;

16         (2)    Plaintiff's motion to dismiss (Dkt. 23) is GRANTED.  Plaintiff's complaint and

17  this action are DISMISSED without prejudice.; and

18         (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

19  defendants, and to the Honorable Mary Alice Theiler.

20         DATED this 27 day of April 2015.

21

22

23                                         RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1